| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Counts One through Eleven -- Unauthorized
Access to a Protected Computer, 18 U.S.C.
§ 1030(a)(4)
Count Twelve -- Criminal Copyright
Infringement, 17 U.S.C. § 506(a)(1)(A) & 18
U.S.C. § 2319(b)(1)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

Per count -- $500,000 fine or twice the gross gain/loss, 5 years of
probation, $400 special assessment

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

▶ TOMORROWNOW, INC.

**DISTRICT COURT NUMBER**

CR 11 0642

SBA

---

**PROCEEDING**  E-filing

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form  MELINDA HAAG

☑ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  Kyle F. Waldinger & Susan F. Knight

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
                ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes  If "Yes"
been filed?  ☐ No   give date
                filed

**DATE OF
ARREST**  Month/Day/Year
_____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**  Month/Day/Year
_____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4

5                                   E-filing

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA                *SBA*

10                        OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )      No.  *CR 11   0642*
                                       )
12                                     )      VIOLATIONS: Title 18, United States
          Plaintiff,                   )      Code, Section 1030(a)(4) — Unauthorized
13                                     )      Access to a Protected Computer with Intent
      v.                               )      to Defraud and Obtaining Something of
14                                     )      Value; 17 U.S.C. § 506(a)(1)(A) & 18
    TOMORROWNOW, INC.,                  )      U.S.C. § 2319(b)(1) — Criminal Copyright
15                                     )      Infringement
                                       )
16        Defendant.                   )
    _____)      OAKLAND VENUE
17

18                            I N F O R M A T I O N

19  The United States Attorney charges:

20                              BACKGROUND

21     At all times relevant to this Information:

22        1.      The defendant TomorrowNow, Inc. ("TomorrowNow") was a company engaged

23  in the business of providing third-party maintenance and support services to business,

24  government, and other organizations that used enterprise software licensed from Oracle

25  Corporation ("Oracle") or one of its related entities, including from Oracle's predecessor

26  companies PeopleSoft, JD Edwards, and Siebel Systems.  TomorrowNow maintained its

27  headquarters in Bryan, Texas.

28        2.      Oracle was engaged in the business of developing and marketing enterprise


INFORMATION

software.  Oracle also offered maintenance and support services to organizations throughout the United States and the world that had licensed its software.  This software included products in the Oracle's PeopleSoft, Enterprise One, and World product lines.  Oracle maintained its headquarters in Redwood City, California.  Oracle also maintained computer servers at a data center in Pleasanton, California, which servers contained some software and related documentation pertaining to certain Oracle product lines.  Some of these materials were available to be downloaded over the Internet by Oracle customers.  The authority of any particular customer to download materials was governed by Oracle's license agreements with that customer, as well as by the terms of use specified on Oracle-maintained websites.

COUNTS ONE
THROUGH ELEVEN:     18 U.S.C. § 1030(a)(4) — Unauthorized Access to a Protected
                    Computer with Intent to Defraud and Obtaining Something of
                    Value

3.     The factual allegations in paragraphs 1 and 2 are re-alleged and incorporated herein as if set forth in full.

4.     On or about the dates set forth in the separate counts below, in the Northern District of California, and elsewhere, the defendant,

TOMORROWNOW, INC.,

through its employees and agents, did knowingly and with intent to defraud access a protected computer belonging to Oracle, without authorization and by exceeding authorized access, and by means of such conduct did further the intended fraud and obtain something of value, to wit, Oracle software and related information belonging to Oracle:

| COUNT | DATE | ITEMS OBTAINED | CREDENTIALS USED TO GAIN ACCESS |
|---|---|---|---|
| One | 12/09/2006 | Oracle Enterprise One software in the form of electronic software updates ("ESUs") for U.S. payroll | Oracle customer log-in credentials for SPX Corporation |
| Two | 12/11/2006 | Oracle Enterprise One software in the form of electronic software updates for tools applications | Oracle customer log-in credentials for SPX Corporation |

INFORMATION                    2

| COUNT | DATE | ITEMS OBTAINED | CREDENTIALS USED TO GAIN ACCESS |
|---|---|---|---|
| Three | 12/13/2006 | Oracle Enterprise One software in the form of electronic software updates for real estate management | Oracle customer log-in credentials for Merck & Co., Inc. |
| Four | 12/15/2006 | Oracle Enterprise One software in the form of electronic software updates for real estate management | Oracle customer log-in credentials for Merck & Co., Inc. |
| Five | 12/29/2006 | Oracle Enterprise One software in the form of electronic software updates for Canadian payroll | Oracle customer log-in credentials for Yazaki North America, Inc. |
| Six | 02/14/2007 to 03/02/2007 | Oracle World software fixes in the form of Microsoft Word documents | Oracle customer log-in credentials for Metro Machine Corporation |
| Seven | 02/23/2007 | Oracle Enterprise One software action requests | Oracle customer log-in credentials for Merck & Co., Inc. |
| Eight | 03/07/2007 | Oracle PeopleSoft software in the form of software updates | Oracle customer log-in credentials for Tropical Shipping USA LLC |
| Nine | 03/07/2007 | Oracle World software action requests | Oracle customer log-in credentials for Honeywell International, Inc. |
| Ten | 03/28/2007 | Oracle PeopleSoft software in the form of maintenance packs | Oracle customer log-in credentials for Tropical Shipping USA LLC |
| Eleven | 04/10/2007 | Oracle PeopleSoft software in the form of a software update | Oracle customer log-in credentials for Tropical Shipping USA LLC |

All in violation of Title 18, United States Code, Section 1030(a)(4).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

INFORMATION                                        3

1  COUNT TWELVE:   17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) — Criminal Copyright
                   Infringement
2

3     5.   The factual allegations in paragraphs 1 and 2 are re-alleged and incorporated

4  herein as if set forth in full.

5     6.   Beginning on an unknown date, but by no later than in or about March 2005, and

6  continuing to on or about October 12, 2008, in the Northern District of California, and elsewhere,

7  the defendant,

8                          TOMORROWNOW, INC.,

9  through its employees and agents, did willfully, and for the purpose of commercial advantage and

10 private financial gain, infringe the copyrights of copyrighted works, that is, Oracle software, by

11 reproducing, during a 180-day period, at least 10 copies of one or more of those copyrighted

12 works, which had a total retail value of more than $2,500.

13    All in violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United

14 States Code, Section 2319(b)(1).

15

16 DATED:   *9/7/11*                    MELINDA HAAG
                                        United States Attorney
17

18

19                                      J. DOUGLAS WILSON
                                        Deputy Chief, Criminal Division
20

21 (Approved as to form)
                        AUSA WALDINGER
22                      AUSA KNIGHT

23

24

25

26

27

28

INFORMATION                          4