Martha Boersch (SBN 126569)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
mboersch@jonesday.com

Tharan Gregory Lanier (SBN 138784)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com

Attorneys for Defendant
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMORROWNOW, INC.,<br><br>　　　　　Defendant. | No. 11-CR-0642 PJH<br><br>**TOMORROWNOW, INC.'S RULE 12.4 DISCLOSURE STATEMENT** |

1     Pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, Defendant TomorrowNow, Inc. ("TomorrowNow") states the following:

    TomorrowNow, Inc. is a privately held corporation organized under the laws of the state of Texas and is a wholly owned subsidiary of SAP America, Inc.

Dated: September 14, 2011          JONES DAY

         By: */s/ Martha Boersch*
               Martha Boersch

         Counsel for Defendant
         TOMORROWNOW, INC.